07005449

# Office of the Sheriff



**KEVIN C. LARKIN**
**SHERIFF**



MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. Box 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-6100
FAX: (609) 278-8041

UNDERSHERIFFS
MICHAEL D. GERASIMOWICZ
DENNIS J. TOBOLSKI
CAROLYN E. WALTON

ASSISTANT TO THE SHERIFF
CATHLEEN C. GARTON

CHIEF SHERIFF'S OFFICER
JOHN A. KEMLER

CHIEF WARRANT OFFICER
DENNIS J. MCMANMON

PLAINTIFF    MARY ROY                           DOCKET #   07-CV-9335

DEFENDANT    MERCK & CO INC

I SERVED THE FOLLOWING   US DISTRICT COURT, OUT OF STATE, SUMMONS & COMPLAINT

ON THE WITHIN-NAMED DEFENDANT (S) IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | DATE SERVED | TIME SERVED | AGENCY |
|---|---|---|---|
| MERCK & CO INC | 12/13/07 | 1100 AM | CORPORATION TRUST COMPANY<br>Registered Agent<br>**Tyeasha Weaver**<br>**Manager or Managing Agent**<br>820 Bear Tavern Road,<br>Ewing Twp |

I, KEVIN C. LARKIN,
Sheriff of Mercer County, do
hereby deputize and appoint

_____
to be my Deputy, to execute and
return the writ according to law.

Witness my hand and seal this

___13___ day of __Dec__
A.D. 2007

_____
Sheriff (L.S.)
Sheriff's Fee: $$33.50
Notary Fee: $

OTHER (Comment)

_____

_____

KEVIN C. LARKIN, SHERIFF, by

_____
Special Deputy

LENORA R. ALLEN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/29/2012
Lenora R Allen

Sworn to and subscribed
before me this
13 day of Dec, 2007